ELIAS PONVERT, Respondent, *v.* AUGUST BELMONT, Appellant.

(Argued April 21, 1880 ; decided September 21, 1880.)

DECIDED on the facts in the case.

*Wm. W. Mac Farlane*, for appellant.

*John S. Lawrence*, for respondent.

RAPALLO, J., reads for reversal and new trial.

All concur; FINCH, J., not present at argument.

Judgment reversed.